OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

12/15/2014

BRANUM, ALFRED LEE          Tr. Ct. No. 511219-A

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

WR-52,825-08

Discharged
UTF

ALFRED LEE BRANUM
PACK UNIT - TDC# 286354
2400 WALLACE PACK
NAVASOTA, TX 77869

UTF